RECEIVED
FEB 26 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHAILYN GMEINDER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

SUPERINTENDENT OF DIVISION 3
TOM DART/ZALAZAR

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

16CV2600
Judge Thomas M. Durkin
Magistrate Judge Sheila Finnegan
PC11

Case No. ______
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: CHALLYN EMEINDER

B. List all aliases: N/A

C. Prisoner identification number: CURRENT #20150930091

D. Place of present confinement: COOK COUNTY DEPT. OF CORRECTIONS

E. Address: 2700 S. CALIFORNIA CHICAGO, IL. 60608 P.O BOX 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: THOMAS DART

Title: SHERIFF

Place of Employment: 2700 S. CALIFORNIA / CHICAGO, IL. 60608

B. Defendant: MR. CURRY

Title: SUPERINTENDENT

Place of Employment: 2700 S. CALIFORNIA / CHICAGO, IL. 60608

C. Defendant: N/A

Title:

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

**State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)**

I WAS HOUSED ON MORE THAN ONE OCCASION IN A BUILDING THAT HAD BLACK MOLD EVERYWHERE IN THE SHOWER AREA'S.
COCKROACHES WERE IN VISIBLE SIGHT ALL OVER, DAY & NIGHT.
FAMILIES OF MICE LIVED IN THE BENCHES THAT WERE AVAILABLE FOR DETAINEE'S TO SIT ON.
ALSO IN THE HALLWAYS & BASEMENT AREA THERE WERE LARGE RATS YOU COULD SEE RUNNING AROUND.
AT TIMES IT WAS SO COLD THAT YOU COULD SEE YOUR BREATH.
NEVER ONCE DID AN EXTERMINATER OR ANYONE COME TO DO ANYTHING. THE PLUMBING WAS HORRIBLE - THE SHOWERS FILLED UP WHILE YOU WERE IN THEM. ON MORE THAN ONE OCCASSION I HAD FUNGUS ON MY FEET & TOENAILS —

**V. Relief:**

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

COMPENSATE FINANCIALLY FOR HAVING US/ME HOUSED IN A BUILDING WITH MOLD, ROACHES & MICE/RATS. I THINK WE SHOULD RECIEVE DAILY - WHAT THE COUNTY RECIEVES. FOR HOUSING US DAILY - PLUS OUR SUFFERING FOR THE HORRIBLE LIVING CONDITIONS THEY DON'T CARE ABOUT.

**VI. The plaintiff demands that the case be tried by a jury.** ☐ **YES** ☒ **NO**

**CERTIFICATION**

**By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.**

**Signed this** 29 **day of** JAN., **20**16

[signature]
**(Signature of plaintiff or plaintiffs)**

CHALLYN A. GMEINDER
**(Print name)**

#20150930091
**(I.D. Number)**

2700 S. CALIFORNIA AVE.
CHICAGO, IL. 60608
**(Address)**